

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00024-CR

| | | |
|---|---|---|
| Daniel William Mohler | § | From Criminal District Court No. 3 |
| | § | of Tarrant County (1345064D) |
| v. | § | September 29, 2016 |
| | § | Opinion by Justice Gardner |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Anne Gardner_____
    Justice Anne Gardner